# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Darrell Keith Chambliss, | Civil No. 13-1685 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Liberty Life Assurance Company of Boston and Wells Fargo & Company Long Term Disability Plan, | |
| Defendants. | |

_____

Katherine MacKinnon and Sarah J Demers, **LAW OFFICE OF KATHERINE L. MACKINNON,** 3744 Huntington Avenue, St. Louis Park, MN 55416, for plaintiff,

Natalie Wyatt-Brown, **HALLELAND HABICHT PA**, 33 South Sixth Street, Suite 3900, Minneapolis, MN 55402, for defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Plaintiff's Motion (ECF No. 9) is **DENIED**:

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 17, 2013                             ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                JOHN R. TUNHEIM
                                                        United States District Judge